```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 16997
   MARY A LINDSEY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6955


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/21/2006 and was confirmed 03/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED VEHIC    12824.00         1641.37        1630.71
MONTEREY FINANCIAL         SECURED            400.00           21.10         193.55
AMERICAN GENERAL FINANCE   SECURED                .00             .00            .00
WASHINGTON MUTUAL          SECURED NOT I         .00             .00            .00
CAPITAL ONE                UNSECURED           720.30             .00          39.13
CAPITAL ONE                UNSECURED           594.26             .00          22.83
CITIBANK USA               UNSECURED        NOT FILED             .00            .00
CITY OF CHICAGO PARKING    UNSECURED           180.00             .00            .00
LVNV FUNDING LLC           UNSECURED           745.62             .00          40.51
BROMENN HEALTHCARE         UNSECURED            75.00             .00            .00
ECAST SETTLEMENT CORP      UNSECURED           907.66             .00          49.31
HSBC/CARSONS               UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1171.12             .00          63.62
LAKE SHORE ANETHESIA ASS   UNSECURED        NOT FILED             .00            .00
MERRICK BANK               UNSECURED          1364.50             .00          74.13
MICHAEL REESE HOSPITAL     UNSECURED        NOT FILED             .00            .00
MICHAEL REESE HOSPITAL     UNSECURED        NOT FILED             .00            .00
PREMIUM ASSET RECOVERY C   UNSECURED               .00            .00            .00
PREMIUM ASSET RECOVERY C   UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED           367.90             .00          19.99
T-MOBILE USA               UNSECURED          1007.10             .00          54.71
UNIMED LTD                 UNSECURED        NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1287.94             .00          69.97
TRIAD FINANCIAL CORP       UNSECURED           227.15             .00            .00
ROUNDUP FUNDING LLC        UNSECURED               .00            .00            .00
ROUNDUP FUNDING LLC        UNSECURED               .00            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          2410.55             .00         150.76
WASHINGTON MUTUAL          SECURED NOT I         .00             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED          1283.68             .00          69.74
MONTEREY FINANCIAL         UNSECURED           989.44             .00          53.75
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      314.00             .00         314.00
AMERICAN GENERAL FINANCE   UNSECURED               .00            .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 16997 MARY A LINDSEY
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,314.00                  2,314.00
TOM VAUGHN                 TRUSTEE                                      511.22
DEBTOR REFUND              REFUND                                        15.60

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    7,350.00

PRIORITY                                              314.00
SECURED                                             1,824.26
    INTEREST                                        1,662.47
UNSECURED                                             708.45
ADMINISTRATIVE                                      2,314.00
TRUSTEE COMPENSATION                                  511.22
DEBTOR REFUND                                          15.60
                           ---------------       ---------------
TOTALS                     7,350.00                 7,350.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 03/17/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE